UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>PIOTR ZWIERZYNSKI</u>,
        Petitioner,

v.

<u>JOHN D. ASHCROFT, et al.</u>,
        Respondents.

CIVIL ACTION

NO. 04-10854-RCL

O R D E R

<u>LINDSAY, D. J.</u>

    On April 29, 2004, petitioner Piotr Zwierzynski, an immigration detainee currently confined at Suffolk County House of Correction, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, along with the requisite filing fee.

    ACCORDINGLY,

    (1) The Clerk shall correct the case caption to reflect that the only respondent to this action is Andrea J. Cabral, the Sheriff of Suffolk County. A writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner's legal custodian is the sheriff of Suffolk County, the individual having day-to-day control over the facility in which petitioner is being detained. <u>Vasquez v. Reno</u>, 233 F.3d 688, 694 (1st Cir. 2000), <u>cert. denied</u>, <u>sub nom.</u> <u>Vasquez v. Ashcroft</u>, 122 S. Ct. 43 (2001); <u>see</u> Mass. Gen. Laws ch. 126 § 16 (sheriff shall have custody and control of the jails in his county.. . .and shall be responsible for them);

    (2) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Sheriff Andrea J. Cabral, Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118; (ii) the United States Attorney; AND (iii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114;

    (3) The Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading; AND

    (4) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

| | |
|---|---|
|  4/29/04<br>Date |  s/ Reginald C. Lindsay<br>United States District Judge |

(2241servINS.wpd - 09/00)                                                                                    [2241serv.]