UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PIOTR ZWIERZYNSKI, )
 )
       Petitioner )
 ) Civil Action No.
  v. ) 04cv10854-RCL
 )
JOHN ASHCROFT, ET AL., )
 )
 )
       Respondents )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(6) for failure to state a claim upon which relief may be granted.

## L.R. 7.1(A)(2) CERTIFICATE STATEMENT

Respondent respectfully takes the position that because the petitioner is pro se and detained in a State or Federal facility, the requirement of L.R. 7.1(A)(2) regarding counsels' certification of resolution efforts is inapplicable. Alternatively, because Petitioner is an alien currently incarcerated in a state correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

---

[1] As of a Department of Homeland Security restructuring effective June 9, 2003, the responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Department of Homeland Security,

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415


**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 29, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

---

Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PIOTR ZWIERZYNSKI,           )
                             )
         Petitioner          )
                             )       Civil Action No.
    v.                       )       04cv10854-RCL
                             )
JOHN ASHCROFT, ET AL.,       )
                             )
                             )
         Respondents         )

## MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(6) for failure to state a claim upon which relief may be granted.

## L.R. 7.1(A)(2) CERTIFICATE STATEMENT

Respondent respectfully takes the position that because the petitioner is pro se and detained in a State or Federal facility, the requirement of L.R. 7.1(A)(2) regarding counsels' certification of resolution efforts is inapplicable. Alternatively, because Petitioner is an alien currently incarcerated in a state correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

---

[1] As of a Department of Homeland Security restructuring effective June 9, 2003, the responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Department of Homeland Security,

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 29, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114

---

Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.