UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PIOTR ZWIERZYNSKI, )
)
        Petitioner )
)
  v. )  Civil Action No.
)   04cv10854-RCL
JOHN ASHCROFT, ET AL., )
)
)
        Respondents )

<u>RESPONDENT'S NOTICE OF INTENT TO EXECUTE DEPORTATION ORDER</u>

Respondent[1] hereby informs the Court of its intention to execute the final order of deportation against petitioner **on May 10, 2004.**

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: _____
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
                              (617) 565-2415

---

[1] As of a Department of Homeland Security restructuring effective June 9, 2003, the responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on April 29, 2004.

FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114