UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PIOTR ZWIERZYNSKI**

V.                                    CIVIL ACTION NO. **04-10854-RCL**

**JOHN ASHCROFT, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of <u>May 14, 2004</u> allowing the motion to dismiss of the defendant <u>John Ashcroft, et al</u>, Judgment is hereby entered as follows: <u>Judgment for the defendants</u> dismissing this action.

May 18, 2004

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk